**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 11-6740**

———————

EDWIN REEVES HAZEL, III,

             Plaintiff - Appellant,

        v.

C. MCELVOGUE, Captain,

             Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.    Richard Mark Gergel, District
Judge.   (8:10-cv-00524-RMG)

———————

Submitted:  August 18, 2011          Decided:  August 23, 2011

———————

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Edwin Reeves Hazel, III, Appellant Pro Se.  Eugene P. Corrigan,
III, Harry V. Ragsdale, CORRIGAN & CHANDLER, LLC, Charleston,
South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edwin Reeves Hazel, III, appeals the district court's judgment adopting the magistrate judge's report and recommendation granting summary judgment to Appellee Captain C. McElvogue, and dismissing Hazel's 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Hazel v. McElvogue, No. 8:10-cv-00524-RMG (D.S.C. Apr. 25, 2011). We grant McElvogue's motion to strike certain affidavits from the docket. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2